IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITY OF PHENIX CITY, ET AL, | } |
| Plaintiffs, | } } |
| vs. | } } CIVIL ACTION NO. 3:06-CV-1074-MHT |
| McKENZIE TANK LINES, INC., | } } |
| Defendant. | } |

RECEIVED
2006 DEC -1  P 2: 17
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

## CERTIFICATE OF SERVICE
## OF NOTICE OF REMOVAL

COMES NOW RICHARD E. BROUGHTON, of counsel for the Defendant, McKenzie Tank Lines, Inc., and certifies and shows unto this Court that on the 1st day of December, 2006, he did serve notice upon the Clerk of the Circuit Court for Russell County, and upon attorney for Plaintiffs, by U. S. mail, properly addressed and postage prepaid, a true and correct copy of the Notice of Removal filed herein, and that attached to said Notice of Removal were true and correct copies of the original Summons and Complaint in the action originally filed in the Circuit Court for Russell County, Alabama.

Respectfully submitted this the 1st day of December, 2006.

R. E. Broughton
RICHARD E. BROUGHTON (BRO043)

**OF COUNSEL:**
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

Telephone: (334) 387-7680
Facsimile: (334) 387-3222

**SMITH, GAMBRELL & RUSSELL, LLP**
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319
Christopher J. Bowers
Georgia Bar No. 071507

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA 30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Counsel for Defendant
McKenzie Tank Lines, Inc.

## CERTIFICATE OF SERVICE

I certify that the foregoing document has been served upon

James P. Graham, Jr., Esq.
P.O. Box 3380
Phenix City, Alabama 36868
Attorney for the City of Phenix City

Kenneth L. Funderburk, Esq.
P.O. Box 1268
Phenix City, Alabama 36868
Attorney for Russell County, Alabama

by placing copy of same in the United States Mail, first class, postage prepaid and properly addressed on this 1st day of December, 2006.

_R. E. Broughton_
OF COUNSEL

LIT\974009.1