IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CITY OF PHENIX CITY, ET AL, | } |
| | } |
| Plaintiffs, | } |
| | } |
| vs. | } CIVIL ACTION NO. 3:06-CV-1074 |
| | } |
| MCKENZIE TANK LINES, INC., | } |
| | } |
| Defendant. | } |

**DEFENDANT McKENZIE TANK LINES, INC.'S MOTION TO
DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(6)**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the Local Rules of this Court, McKenzie Tank Lines, Inc. ("McKenzie"), through its undersigned counsel, hereby moves to dismiss the Complaint filed by Plaintiffs in the above-captioned matter because the Plaintiffs' allegations fail to state a claim for relief as a matter of law.

In support of its Motion, McKenzie relies upon its Memorandum In Support of its Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 12(b)(6) and the authorities cited therein which is filed contemporaneously herewith.

WHEREFORE, Defendant McKenzie Tank Lines, Inc. respectfully requests that the Court dismiss Plaintiffs' Complaint under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. For the Court's convenience, attached hereto as Exhibit "A" is a proposed Order.

Done this 8th day of December, 2006.

**BALL, BALL, MATTHEWS & NOVAK, P.A.**


/s/ Richard E. Broughton
RICHARD E. BROUGHTON (BRO043)

2000 Interstate Park Drive
Suite 204
Montgomery, AL  36109
Telephone:  (334) 387-7680
Facsimile:  (334) 387-3222

OF COUNSEL

**SMITH, GAMBRELL & RUSSELL, LLP**
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319
Christopher J. Bowers
Georgia Bar No. 071507

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Counsel for Defendant
McKenzie Tank Lines, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing **McKenzie Tank Lines, Inc.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 12(b)(6)** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| James P. Graham, Jr., Esq. | Kenneth L. Funderburk, Esq. |
| P.O. Box 3380 | P.O. Box 1268 |
| Phenix City, Alabama 36868 | Phenix City, Alabama 36868 |
| Attorney for the City of Phenix City | Attorney for Russell County, Alabama |

      /s/ Richard E. Broughton
      COUNSEL FOR DEFENDANT

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CITY OF PHENIX CITY, ET AL, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | CIVIL ACTION NO. 3:06-CV-1074 |
| | } | |
| MCKENZIE TANK LINES, INC., | } | |
| | } | |
| Defendant. | } | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant McKenzie Tank Lines, Inc.'s Motion to Dismiss Plaintiffs' Complaint Pursuant to Rule 12(b)(6), and any response thereto, it is hereby ORDERED that said Motion is GRANTED.

BY THE COURT:

_____