ORIGINAL

RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
ALABAMA MIDDLE DISTRICT 2006 DEC 11  A 11: 42
(Opelika)

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| City of Phenix City, et al.,    ) | |
| ) | |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | Civil Action File |
| ) | No. 3:06-cv-01074-MHT-WC |
| McKenzie Tank Lines, Inc., d/b/a    ) | |
| McKenzie Tank Lines of Alabama, Inc.,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

## APPLICATION OF ANDREW M. THOMPSON
## TO APPEAR *PRO HAC VICE*

Andrew M. Thompson, pursuant to Local Rule 83.1(b) hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Alabama (Opelika), and states as follows:

1.    I am one of the co-counsel for Defendant McKenzie Tank Lines, Inc., d/b/a McKenzie Tank Lines of Alabama, Inc.

2.    I currently reside at 365 Glendale Avenue, Atlanta, Georgia 30315.

3.    My business address and telephone numbers are Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309-3592. Telephone 404-815-3500; facsimile 404-815-3509. My email address is athompson@sgrlaw.com.

4.    I am admitted to practice law in the State of Georgia and am a member in good standing of the Georgia State Bar since May 15, 1998.

5.    I am admitted to practice in, and remain a member in good standing of the United States District Court for the Northern District of Georgia - a Certificate of Good Standing is attached hereto.

6.    I am also admitted to practice in the following courts and jurisdictions:

| Court/Jurisdiction | Date of Admission |
|---|---|
| All Georgia State and Superior Courts | 05/15/98 |
| Supreme Court of Georgia | 11/12/98 |
| United States District Court for the Middle District of Georgia | 05/29/98 |
| United States Court of Appeals for the Sixth Circuit | 07/13/99 |
| United States Court of Appeals for the Eleventh Circuit | 05/18/98 |

7.    I declare under penalty of perjury the foregoing is true and correct.

Respectfully submitted this _____ day of December, 2006.

_____
Andrew M. Thompson
Georgia Bar No. 707319

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
(404) 815-3509 - facsimile

2

LIT\975680.1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(Opelika)

City of Phenix City, et al.,                )
                                            )
      Plaintiffs,                       )
                                            )
v.                                          )     Civil Action File
                                            )     No. 3:06-cv-01074-MHT-WC
McKenzie Tank Lines, Inc., d/b/a            )
McKenzie Tank Lines of Alabama, Inc.,       )
                                            )
      Defendant.                        )
_____)

## CERTIFICATE OF SERVICE

I hereby certify that I have served all parties with the within and foregoing **Application of Andrew M. Thompson to Appear *Pro Hac Vice*; and Order of Admission** on the date shown below by depositing a copy of same in the United States Mail, First Class postage prepaid, in an envelope addressed to the following:

| | |
|---|---|
| Kenneth L. Funderburk, Esq.<br>Funderburk, Day & Lane<br>Post Office Box 1268<br>Phenix City, Alabama 36868-1268 | James P. Graham, Jr., Esq.<br>The Graham Legal Firm<br>Post Office Box 3380<br>Phenix City, Alabama 36868-3380 |
| Attorney for Russell County, Alabama | Attorney for the City of Phenix City |
| Richard E. Broughton, Esq.<br>Ball Ball Matthews & Novak, PA<br>Post Office Box 2148<br>Montgomery, Alabama 36102-2148 | |
| Co-Counsel for Defendant | |

This _____8th_____ day of ___December___, 2006.

_____
Counsel for Defendant



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**            }
                                        } ss.
**NORTHERN DISTRICT OF GEORGIA**        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ANDREW MCFEE THOMPSON, State Bar No. 707319,** was duly admitted to practice in said Court on November 12, 1998, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Jamee Holland
Deputy Clerk