ORIGINAL

RECEIVED

2006 DEC 11 A 11: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR
ALABAMA MIDDLE DISTRICT
(Opelika)

| | |
|---|---|
| City of Phenix City, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action File |
| | )   No. 3:06-cv-01074-MHT-WC |
| McKenzie Tank Lines, Inc., d/b/a | ) |
| McKenzie Tank Lines of Alabama, Inc., | ) |
| | ) |
|     Defendant. | ) |

## APPLICATION OF STEPHEN E. O'DAY
## TO APPEAR *PRO HAC VICE*

Stephen E. O'Day, pursuant to Local Rule 83.1(b) hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Alabama (Opelika), and states as follows:

1. I am one of the co-counsel for Defendant McKenzie Tank Lines, Inc., d/b/a McKenzie Tank Lines of Alabama, Inc.

2. I currently reside at 950 Poplar Springs Road, Dallas, Georgia 30132.

3. My business address and telephone numbers are Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309-3592. Telephone 404-815-3500; facsimile 404-815-3509. My email address is soday@sgrlaw.com.

4. I am admitted to practice law in the State of Georgia and am a member in good standing of the Georgia State Bar since July 11, 1979.

5. I am admitted to practice in, and remain a member in good standing of, the United States District Court for the Northern District of Georgia - a Certificate of Good Standing is attached hereto.

6.   I am also admitted to practice in the following courts and jurisdictions:

<u>Court/Jurisdiction</u>                                                  <u>Date of Admission</u>

Supreme Court of Georgia                                         07/11/79
Georgia Court of Appeals                                          07/11/79
All Georgia Superior and State Courts                      1979

**United States District Courts**:
Middle District of Georgia                                         06/18/86
Southern District of Georgia                                      09/17/90
Eastern District of Michigan                                      07/---/00

**United States Courts of Appeals**
Fourth Circuit (Richmond, Virginia)                         09/28/88
Fifth Circuit (New Orleans, Louisiana)                     10/01/81
Sixth Circuit (Cincinnati, Ohio)                                 07/13/99
Eleventh Circuit (Atlanta, Georgia)                           10/01/81

United States Supreme Court                                    02/24/86
Court of Federal Claims                                            05/17/83

7.   I declare under penalty of perjury the foregoing is true and correct.

Respectfully submitted this  day of December, 2006.

_____
Stephen E. O'Day
Georgia Bar No. 549337

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
(404) 815-3509 - facsimile

2

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(Opelika)

| | |
|---|---|
| City of Phenix City, et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>McKenzie Tank Lines, Inc., d/b/a )<br>McKenzie Tank Lines of Alabama, Inc., )<br>)<br>    Defendant. )<br>_____) | Civil Action File<br>No. 3:06-cv-01074-MHT-WC |

## CERTIFICATE OF SERVICE

I hereby certify that I have served all parties with the within and foregoing **Application of Stephen E. O'Day to Appear *Pro Hac Vice*;** and **Order of Admission** on the date shown below by depositing a copy of same in the United States Mail, First Class postage prepaid, in an envelope addressed to the following:

| | |
|---|---|
| Kenneth L. Funderburk, Esq.<br>Funderburk, Day & Lane<br>Post Office Box 1268<br>Phenix City, Alabama 36868-1268<br><br>Attorney for Russell County, Alabama | James P. Graham, Jr., Esq.<br>The Graham Legal Firm<br>Post Office Box 3380<br>Phenix City, Alabama 36868-3380<br><br>Attorney for the City of Phenix City |
| Richard E. Broughton, Esq.<br>Ball Ball Matthews & Novak, PA<br>Post Office Box 2148<br>Montgomery, Alabama 36102-2148<br><br>Co-Counsel for Defendant | |

This 8th day of December, 2006.

_____
Counsel for Defendant

LIT\975690.1



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **STEPHEN EDMUND O'DAY, State Bar No. 549337,** was duly admitted to practice in said Court on July 16, 1979, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 8th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Jamee Holland
Deputy Clerk

