ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR
ALABAMA MIDDLE DISTRICT
(Opelika)

RECEIVED

2006 DEC 11  A 11: 42

| | |
|---|---|
| City of Phenix City, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| McKenzie Tank Lines, Inc., d/b/a | ) |
| McKenzie Tank Lines of Alabama, Inc., | ) |
| | ) |
|     Defendant. | ) |

Civil Action File
No. 3:06-cv-01074-MHT-WC

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## APPLICATION OF CHRISTOPHER J. BOWERS
## TO APPEAR *PRO HAC VICE*

Christopher J. Bowers, pursuant to Local Rule 83.1(b) hereby requests permission to appear *pro hac vice* in the subject case filed in the United States District Court for the Middle District of Alabama (Opelika), and states as follows:

1.    I am one of the co-counsel for Defendant McKenzie Tank Lines, Inc., d/b/a McKenzie Tank Lines of Alabama, Inc.

2.    I currently reside at 701 Highland Avenue, NE, #1301, Atlanta, Georgia 30312.

3.    My business address and telephone numbers are Smith, Gambrell & Russell, LLP, Suite 3100, Promenade II, 1230 Peachtree Street, NE, Atlanta, Georgia 30309-3592.  Telephone 404-815-3500; facsimile 404-815-3509.  My email address is cbowers@sgrlaw.com.

4.    I am admitted to practice law in the State of Georgia and am a member in good standing of the Georgia State Bar since December 5, 2002.

5.    I am admitted to practice in, and remain a member in good standing of the United States District Court for the Northern District of Georgia - a Certificate of Good Standing is attached hereto.

6.    I declare under penalty of perjury the foregoing is true and correct.

Respectfully submitted this _____ *8th* day of December, 2006.

_____

Christopher J. Bowers
Georgia Bar No. 071507

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309-3592
(404) 815-3500
(404) 815-3509 - facsimile

2

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
(Opelika)

City of Phenix City, et al.,                )
                                            )
    Plaintiffs,                          )
                                            )
v.                                          )     Civil Action File
                                            )     No. 3:06-cv-01074-MHT-WC
McKenzie Tank Lines, Inc., d/b/a            )
McKenzie Tank Lines of Alabama, Inc.,       )
                                            )
    Defendant.                           )
_____        )

## CERTIFICATE OF SERVICE

    I hereby certify that I have served all parties with the within and foregoing **Application of Christopher J. Bowers to Appear *Pro Hac Vice*; and Order of Admission** on the date shown below by depositing a copy of same in the United States Mail, First Class postage prepaid, in an envelope addressed to the following:

Kenneth L. Funderburk, Esq.
Funderburk, Day & Lane
Post Office Box 1268
Phenix City, Alabama 36868-1268

Attorney for Russell County, Alabama

James P. Graham, Jr., Esq.
The Graham Legal Firm
Post Office Box 3380
Phenix City, Alabama 36868-3380

Attorney for the City of Phenix City

Richard E. Broughton, Esq.
Ball Ball Matthews & Novak, PA
Post Office Box 2148
Montgomery, Alabama 36102-2148

Co-Counsel for Defendant

This _____8th_____ day of _____December_____, 2006.

_____
Co-Counsel for Defendant



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**        }

                                   } **ss.**

**NORTHERN DISTRICT OF GEORGIA**    }

        I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

        **DO HEREBY CERTIFY** that **CHRISTOPHER J. BOWERS , State Bar No. 071507,** was duly admitted to practice in said Court on December 19, 2005, and is in good standing as a member of the bar of said Court.

        Dated at Atlanta, Georgia, this 8th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT

By: _____



Jamee Holland
Deputy Clerk