IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CITY OF PHENIX CITY, a         )
Municipal Corporation, and     )
RUSSELL COUNTY, ALABAMA,       )
etc.,                          )
                               )
    Plaintiffs,                )
                               )   CIVIL ACTION NO.
    v.                         )     3:06cv1074-MHT
                               )
McKENZIE TANK LINES, INC.,     )
d/b/a McKENZIE TANK LINES      )
OF ALABAMA, INC.,              )
                               )
    Defendant.                 )
```

### ORDER

It is ORDERED that the motion to dismiss (doc. no. 5) is set for submission, without oral argument, on December 29, 2006, with all briefs due by said date.

DONE, this the 11th day of December, 2006.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE