IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CITY OF PHENIX CITY, a Municipal Corporation, and RUSSELL COUNTY, ALABAMA, etc., </br></br>    Plaintiffs, </br></br>    v. </br></br> McKENZIE TANK LINES, INC., d/b/a McKENZIE TANK LINES OF ALABAMA, INC., </br></br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> CIVIL ACTION NO. </br> 3:06cv1074-MHT |

ORDER

It is ORDERED that the applications for admission pro hac vice (doc. nos. 7, 8, & 9) are granted.

DONE, this the 12th day of December, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE