IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CITY OF PHENIX CITY, ET AL, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | CIVIL ACTION NO. 3:06-CV-1074 |
| | } | |
| MCKENZIE TANK LINES, INC., | } | |
| | } | |
| Defendant. | } | |

## JOINT MOTION FOR EXTENSION OF TIME IN WHICH TO FILE FED. R. CIV. P. 26(F) REPORT

COME NOW Plaintiffs City of Phenix City and Russell County, Alabama (collectively, "Plaintiffs") and Defendant McKenzie Tank Lines, Inc. ("McKenzie") and, pursuant to Fed. R. Civ. P. 6(b), move the Court for a thirty (30) day extension of time within which the parties must file a report with the Court containing a proposed discovery plan in accordance with Fed. R. Civ. P. 26(f), showing the Court that:

1. This Court entered a Rule 26(F) Order on December 7, 2006 ordering the parties to file a Rule 26(f) report containing a proposed discovery plan, which report is currently due on or before December 21, 2006. Therefore, this Joint Motion is filed within the time specified for the filing of a Rule 26(f) Report.

2. In order to allow time to finalize a settlement among the parties in the above styled action, both parties have consented to the entry of the Order sought by this Motion.

WHEREFORE, the parties respectfully move the Court to enter an Order enlarging the parties' time in which to file the Rule 26(f) report by an additional thirty (30) days, through and including January 22, 2007. For the Court's consideration a Proposed Order is attached hereto.

Done this <u>20th</u> day of December, 2006.

/s/ James P. Graham, Jr.
JAMES P. GRAHAM, JR. (GRA030)

P.O. Box 3380
Phenix City, AL 36868
Telephone: (334) 291-0315
Facsimile: (334) 297-2224

Attorney for Plaintiff City of Phenix City


/s/ Kenneth L. Funderburk
KENNETH L. FUNDERBURK (FUN002)

P.O. Box 1268
Phenix City, AL 36868
Telephone: (334) 297-2900
Facsimile: (334) 291-9134

Attorney for Plaintiff Russell County, Alabama


**BALL, BALL, MATTHEWS & NOVAK, P.A.**


/s/ Richard E. Broughton
RICHARD E. BROUGHTON (BRO043)

2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109
Telephone: (334) 387-7680
Facsimile: (334) 387-3222

OF COUNSEL

**SMITH, GAMBRELL & RUSSELL, LLP**
Stephen E. O'Day
Georgia Bar No. 549337
Andrew M. Thompson
Georgia Bar No. 707319
Christopher J. Bowers
Georgia Bar No. 071507

Suite 3100, Promenade II
1230 Peachtree St., N.E.
Atlanta, GA  30309-3592
Telephone: (404) 815-3500
Facsimile: (404) 815-3509

Counsel for Defendant
McKenzie Tank Lines, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing **Joint Motion For Extension of Time in which to File Fed. R. Civ. P. 26(F) Report** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

James P. Graham, Jr., Esq.  
P.O. Box 3380  
Phenix City, Alabama 36868  
Attorney for the City of Phenix City

Kenneth L. Funderburk, Esq.  
P.O. Box 1268  
Phenix City, Alabama 36868  
Attorney for Russell County, Alabama

      /s/ Richard E. Broughton  
      COUNSEL FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CITY OF PHENIX CITY, ET AL, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| vs. | } | CIVIL ACTION NO. 3:06-CV-1074 |
| | } | |
| MCKENZIE TANK LINES, INC., | } | |
| | } | |
| Defendant. | } | |

**ORDER**

THIS CAUSE came before the Court on the parties' Joint Motion to extend, through and including Monday, January 22, 2007, the time file the Rule 26(f) report containing the discovery plan in the above styled case. For good cause shown, the Joint Motion is hereby GRANTED.

BY THE COURT:

_____