IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CITY OF PHENIX CITY, a        )
Municipal Corporation, and    )
RUSSELL COUNTY, ALABAMA,      )
etc.,                         )
                              )
    Plaintiffs,               )
                              )   CIVIL ACTION NO.
    v.                        )    3:06cv1074-MHT
                              )
McKENZIE TANK LINES, INC.,    )
d/b/a McKENZIE TANK LINES     )
OF ALABAMA, INC.,             )
                              )
    Defendant.                )
```

ORDER

It is ORDERED as follows:

(1) The joint motion for extension of time (doc. no. 12) is granted.

(2) The parties are allowed until January 22, 2007, to file their Rule 26(f) report.

DONE, this the 21st day of December, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE